# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**PATTY M. CONDLEY**                                                      **PLAINTIFF**

**v.**              **CASE NO. 4:18-CV-00439 BSM**

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security**                                **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 13] is adopted, the Commissioner's decision is affirmed, and this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of May 2019.

_____
UNITED STATES DISTRICT JUDGE